IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HECTOR TREVINO AND MARIANA TREVINO <br>     Plaintiffs | § § § § § | CIVIL ACTION NO. 6:20-CV-64 |
| VS. | § § § | JURY TRIAL DEMANDED |
| FORMOSA PLASTICS CORPORATION, TEXAS <br>     Defendant | § § § | |

## SUPPLEMENTAL AFFIDAVIT OF FRANK WEDIG

BEFORE ME, the undersigned authority, appeared Frank Wedig, who being by me duly sworn, stated as follows:

"My name is Frank Wedig. I am the Manager of Legal Services for Formosa Plastics Corporation, Texas (FPC, Texas) in Point Comfort, Texas. I am over the age of twenty-one (21) years, of sound mind, and otherwise competent to make this Supplemental Affidavit. The statements contained in this Supplemental Affidavit are of my own personal knowledge and are true and correct.

"On October 30, 2020, I made another Affidavit in this case. This Supplemental Affidavit is meant to add additional facts to that Affidavit. Attached to this Supplemental Affidavit are documents in my custody which are kept in the ordinary course of FPC, Texas' business. Those documents are the following:

1) Certificate of Incorporation of Formosa Plastics Corporation, USA;
2) Certificate of Incorporation of Formosa Plastics Corporation, Texas;
3) Table of Contents of Formosa Plastics Corporation, Texas Health and Safety Manual;
4) Formosa Plastics Corporation, Texas Investigation Detail Report;
5) Procedure 22 Safety Orientation and General Safety Requirements, Formosa Plastics Corporation, Texas;
6) Field Service Contract between Owner Formosa Plastics Corporation, Texas and Contractor Marquis Industrial Services, LLC>

" Formosa Plastics Corporation, USA (FPC, USA) was incorporated on October 17, 1978, as evidenced by its Certificate of Incorporation attached hereto. On March 3, 1981, FPC, Texas was incorporated as a separate entity as evidenced by its Certificate of Incorporation attached hereto. FPC, Texas issued its own shares of stock, has its own Board of Directors, and has all the powers and authorities of a lawfully formed corporation in the State of Texas. FPC, Texas has its own bank accounts, accounting department, contracting department, and environmental health and safety department which is in charge of issuing its own safety

procedures. FPC, Texas pays its 2400 plus employees through its own payroll department, files its own federal and state unemployment taxes and makes its own social security contributions.

"On June 11, 2020, Hector Trevino reported that he was injured in FPC, Texas' VCM Unit when he stepped in a hole containing condensate. On that date he was working as an employee of Marquis Industrial Services, LLC which had a Field Services Contract with Formosa Plastics Corporation, Texas. A copy of that Field Services Contract is attached hereto. FPC, Texas employees investigated the accident and completed the Investigation Detail Report which is attached hereto. The investigation was conducted pursuant to FPC, Texas Procedure 03 Incident Investigation. FPC, Texas' Safety Department has drafted and promulgated 70 procedures which all employees are required to follow when working on FPC, Texas premises in Point Comfort, Texas. A Table of Contents for those Procedures are attached hereto. FPC, Texas Procedure 22 Safety Orientation and General Safety Requirements contain the general safety rules for FPC, Texas and is attached hereto. Safety and accident investigation at FPC, Texas' Point Comfort facility is handled by FPC, Texas without any involvement of FPC, USA.

"Further affiant sayeth not."

_____
Frank Wedig

SWORN TO AND SUBSCRIBED before me on the 23rd day of November, 2020.

RHONDA R. GARZA
Notary Public, State of Texas
Notary ID# 743033-6
My Commission Expires
JULY 18, 2023

_____
Notary Public in and for the
State of Texas