

**Formosa Plastics**

# Investigation Detail Report

## Incident Detail

| | |
|---|---|
| Location: | VCM - FTPC |
| Incident: | 587 |
| Location Path: | All Facilities->FTPC->VCM - FTPC |
| Department: | Contractor |
| Risk Ranking: | Operability |
| Operation Phase: | Normal Operations |
| Incident Name: | Marquis employee stepped in hole. |

| | |
|---|---|
| Location Synonym: | Vinyl Division |
| To Be: | |
| As is: | |

**Incident Summary:** Marquis employee was in the process of handing insulation to employee on scaffolding. During the process employee stepped in hole of condensate.

Area of incident was by PV-B05.

**Detail Description:**

**Immediate Corrective Action:** Marquis employee was taken to medical for observation and Shift Safety was notified.

| | | | |
|---|---|---|---|
| Status: | Detailed Investigation Complete | Contractor Involved: | Yes |
| Initiator: | Garcia, Angel | Incident Severity: | Cause Mapping (CsMp) |
| Initiated Date: | 06-11-2020 03:16 PM | | |
| Incident Type: | Safety/Medical/Near-Miss, Injury: First Aid | | |
| Incident Date/Time: | 06-11-2020 02:25 PM | | |
| Submitted by,: | Garcia, Angel | | |
| Submitted Date: | 06-12-2020 11:41 AM | | |

## Incident Impact

### 1. Onsite Impact

| Type | Formosa | Contractor | Cost ($) | |
|---|---|---|---|---|
| Recordable: | 0 | 0 | Property Damage: | $0.00 |
| First Aid: | 0 | 0 | Property Losses: | $0.00 |
| Process Injuries: | 0 | 0 | Environmental Clean Up: | $0.00 |
| Lost Time: | 0 | 0 | | |

### 2. Offsite Impact

| | Number of individuals | Cost ($) | |
|---|---|---|---|
| Number of death: | 0 | | |
| Hospitalized: | 0 | Property Damage: | $0.00 |
| Receiving other treatment: | 0 | Product Losses: | $0.00 |
| | | Environmental Clean Up: | $0.00 |
| Evacuated: | 0 | Environmental Damage: | |
| Sheltered in-place: | 0 | | |
| | | Total Cost: | $0.00 |

## Weather Condition

| | | | |
|---|---|---|---|
| Status: | | Wind: | 0 |
| Temperature: | 0 | Wind Direction: | |
| Humidity (%): | 0 | Visibility (mi): | 0 |

Electronic Master is in Visium KMS – Printed documents are considered uncontrolled and shall not be updated.



**Formosa Plastics**

# Investigation Detail Report

| Dew point (F): | 0 | | Stability Class: | |
|---|---|---|---|---|
| Description: | | | | |

## Attachments

| Attachment Description: | Marquis incident. | | | |
|---|---|---|---|---|
| Location: | DSCF3608.JPG | | | |
| Added By: | Garcia, Angel | | Added On: | 06-12-2020 11:31 AM |
| Attachment Description: | Marquis picture. | | | |
| Location: | DSCF3599.JPG | | | |
| Added By: | Garcia, Angel | | Added On: | 06-12-2020 11:33 AM |
| Attachment Description: | Marquis | | | |
| Location: | DSCF3605.JPG | | | |
| Added By: | Garcia, Angel | | Added On: | 06-12-2020 11:33 AM |
| Attachment Description: | Marquis pictures | | | |
| Location: | DSCF3604.JPG | | | |
| Added By: | Garcia, Angel | | Added On: | 06-12-2020 11:35 AM |
| Attachment Description: | Witness reports | | | |
| Location: | Incident 587 witness reports.pdf | | | |
| Added By: | O'Gorman, Kevin | | Added On: | 06-13-2020 09:03 AM |
| Attachment Description: | Medical forms | | | |
| Location: | Incident 587 Medical forms.pdf | | | |
| Added By: | O'Gorman, Kevin | | Added On: | 06-13-2020 09:59 AM |
| Attachment Description: | Cause Map | | | |
| Location: | Incident 587 Cause Map.xlsx | | | |
| Added By: | Uptmore, Cameron | | Added On: | 07-06-2020 02:11 PM |

## Checklist

**Checklist Title: Basic Investigation v.2**

| Effect/Cause #1 - What was the impact of this incident? (REQUIRED) | |
|---|---|
| Response: | |
| Comments: | Marquis employee burned foot. |

| Effect/Cause #2 - What was the cause of "Effect/Cause #1" ? (REQUIRED) | |
|---|---|
| Response: | |
| Comments: | Marquis employee stepped in hole of condensate. |

| Effect/Cause #3 - What was the cause of "Effect/Cause #2" ? | |
|---|---|
| Response: | |
| Comments: | Hole did not have grating over it. |

| Effect/Cause #4 - What was the cause of "Effect/Cause #3" ? | |
|---|---|
| Response: | |
| Comments: | |

| Effect/Cause #5 - What was the cause of "Effect/Cause #4" ? | |
|---|---|
| Response: | |
| Comments: | |

**Checklist Title: Environmental Checklist v.2**

| Reviewed by Environmental Reviewer? (Add date of review in comments) | |
|---|---|
| Response: | Yes |
| Comments: | 6/15/2020 - nothing additional (SSM) |

**Checklist Title: Health and Safety Checklist v.2**

| Reviewed by H&S Reviewer? (Add date of review in comments) | |
|---|---|
| Response: | Yes |
| Comments: | 06/24/2020 - Nothing additional (PS) |

**Checklist Title: PSM Checklist v.1**

| Reviewed by PSM Reviewer? (Add date of review in comments) | |
|---|---|
| Response: | Yes |
| Comments: | 6/15/2020 - no additional incident types required for PS |

Electronic Master is in Visium KMS – Printed documents are considered uncontrolled and shall not be updated.



**Formosa Plastics**

# Investigation Detail Report

reporting (KAS)

## INV-20-216

| | | | |
|---|---|---|---|
| **Team Lead1:** | Uptmore, Cameron | **Team Lead2:** | |
| **Investigation Date/Time:** | 07-06-2020 12:00 AM | **Target Report Date:** | 07-13-2020 |
| **Investigation End Date/Time:** | 07-06-2020 12:00 AM | **Final Report Date:** | 07-06-2020 |
| **Detailed Investigation Status:** | Report Issued | | |
| **Initiate Step Completed By:** | Novak, Mark | | |
| **Initiate Step Completed On:** | 07-06-2020 09:49 AM | | |
| **Conduct Step Completed By:** | Uptmore, Cameron | | |
| **Conduct Step Completed On:** | 07-06-2020 02:11 PM | | |
| **Approval Step Completed By:** | Novak, Mark | | |
| **Approval Step Completed On:** | 07-06-2020 04:09 PM | | |

## Team Member List

| Team Member Name | Job Title |
|---|---|
| Cameron, Uptmore | Engineer |

## Cost List

| Name | Potential | Actual | Other | Unit of Measure | Comments |
|---|---|---|---|---|---|
| Containment | 0.00 | 0.00 | 0.00 | | |
| Contractor Costs | 0.00 | 0.00 | 0.00 | | |
| Legal Fees | 0.00 | 0.00 | 0.00 | | |
| Loss of Production | 0.00 | 0.00 | 0.00 | | |
| Regulatory Fees | 0.00 | 0.00 | 0.00 | | |
| Settlement Fees | 0.00 | 0.00 | 0.00 | | |
| **Total:** | 0.00 | 0.00 | 0.00 | | |

## Recommendation List

### REC-20-717

| | | | |
|---|---|---|---|
| **Target Date:** | 08-06-2020 | | |
| **Responsible Person:** | Chen, Jen | **Tracker Status:** | Completed |
| **Description:** | Marquis to have safety stand down about awareness in unit | | |

### REC-20-718

| | | | |
|---|---|---|---|
| **Target Date:** | 08-06-2020 | | |
| **Responsible Person:** | Uptmore, Cameron | **Tracker Status:** | Completed |
| **Description:** | Install grating over steam condensate hole | | |

### REC-20-719

| | | | |
|---|---|---|---|
| **Target Date:** | 08-06-2020 | | |
| **Responsible Person:** | Uptmore, Cameron | **Tracker Status:** | Completed |
| **Description:** | Operations to survey entire unit for similar hazards and fix them. This will prevent similar incidents in the future. | | |

Electronic Master is in Visium KMS – Printed documents are considered uncontrolled and shall not be updated.

# Incident 587

**Confidential Business Information - Do Not Distribute**

## Step 2: Analysis

## Cause Map



Case 6:20-cv-00064   Document 14-5   Filed 11/23/20 in TXSD   Page 4 of 14

Incident 587 Cause Map.xlsx

## Formosa Plastics Corporation, Texas
## Environmental, Health & Safety

### Contractor Injury/Illness
### Release to Contractor Representative

Name: _Hector Trevino_ Date: _6/11/2020_ Time of arrival: _14.30_

DOB: _5/1/1974_ SSN: _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_ Home Phone: _956-725-7874_

Street Address: _PO Box 1312_ City/State: _Maria TX_ Zip: _78548_

Employer Name: _Marquis_ Employer Phone: _361-551-0408_

Company Representative: _Zachary Faniel_ Supervisor: _Eric Duarte_

Incident/Injury _Burn injury L foot_

Condition upon release from FPC Medical: _Stable_

RECOMMENDATION: _Continue to follow safety protocal per company policy. Go to Emergency Room now_

If further medical evaluation is recommended, the potential for injury has been explained as:

**THE CONTRACTOR REPRESENTATIVE SHOULD CONTACT FPC.TX MEDICAL DEPARTMENT WITH A FOLLOW-UP ON EMPLOYEE'S CONDITION AT 361-987-7469**

**THE ABOVE HAS BEEN EXPLAINED TO ME BY A FPC EMPLOYEE AND I UNDERSTAND THE RISKS AND HAZARDS TO MY EMPLOYEE.**

Employee signature _____ Date _____

FPC Representative Signature _a hernandez_

Title _____ Date _6/11/2020_

Contractor Representative Signature _____

Title _____ Date _____

Time of Release: _____

# FORMOSA PLASTICS CORPORATION, TEXAS
## PROCEDURE 03
### INCIDENT INVESTIGATION

## ATTACHMENT 2
## WITNESS REPORT

Revision Number: 16

Case No.: _____

Corporation or Contractor Employer: _MArQuiS_    Unit/Department: _VCM 200Area_
_PV - B08_

Date of Incident: _6/11/20_    Time of Incident: _2:00 p.m_

Description of Incident: (Please attach additional sheet, if necessary)

Employee was working on ground level in VCM 200 area. He was passing material to another worker that was on the scaffold. As he walked towards the scaffold to pass the material, he stepped into a hole that was full of very hot water. Employee was taken to Formosa medical at Gate 3. We were instructed to take him to Port Lavaca emergency room for further treatment. From there he was transported to Galveston for further treatment

Marquis Safety will have a stand down meeting Friday morning 6/12/20.

This is a brief summary of what took place. I was not present at the time the worker got injured.

Prepared by: _Luis H Corra_
(Print Name)

Signature: _____

Job Title: _Marquis Safety tech_

Date: _6/11/20_

Page ___ of ___

Department: Environmental, Health and Safety
Original Date: October 1, 1993

Effective Date: June 2, 2017
Issue Date: May 10, 2017

Document Code: FTESP003
File Name: Proc3r16

**FORMOSA PLASTICS CORPORATION, TEXAS**
**PROCEDURE 03**
**INCIDENT INVESTIGATION**

**ATTACHMENT 2**
**WITNESS REPORT**

Revision Number: 16

Case No.: _____

Corporation or Contractor Employer: _Marquis_    Unit/Department: _UCM_

Date of Incident: _6/11/20_    Time of Incident: _2:00 PM_

Description of Incident: (Please attach additional sheet, if necessary)

I was passing sheet metal to a guy that was on top of the scafold when I make the step to give him the metal ~~my foot~~ ~~went to the~~ I step into a hole that was ~~foot~~ full of hot water probably it was like 18" deep and I took off my boot quikly and the sock when I took my sock my skin came off.

Prepared by: _Hector Trevino_    Signature: _Hect_
(Print Name)

Job Title: _Insulator_    Date: _6/12/20_

Page ___ of ___

Department: Environmental, Health and Safety
Original Date: October 1, 1993

Effective Date: June 2, 2017
Issue Date: May 10, 2017

Document Code: FTESP003
File Name: Proc3r16

FORMOSA PLASTICS CORPORATION, TEXAS
PROCEDURE 03
INCIDENT INVESTIGATION

ATTACHMENT 2
WITNESS REPORT

Revision Number: 16

Case No.: _____

Corporation or Contractor Employer: _Marquis_____ Unit/Department: _VCM -200 Area_
_PV-508_

Date of Incident: _6-11-2020_____ Time of Incident: _2 PM_

Description of Incident: (Please attach additional sheet, if necessary)

Before the incident, I was cleaning
Scaffold getting ready to ask for sheet Metal
I then asked Hector tenying to tie up
sheet metal he walked around / under
Scaffold where sheet metal was picked
it up and walked closer to scaffold to
tie it up and fell into a pool of Hot Water
caused by a steam line then he dropped Metal
took off boot / socks and walked with
help to the truck

Prepared by: _Ruben Garza_____  Signature: _____
(Print Name)

Job Title: _Insulator_____

Date: _6-11-2020_

Page ____ of ____

Department: Environmental, Health and Safety
Original Date: October 1, 1993

Effective Date: June 2, 2017
Issue Date: May 10. 2017

Document Code: FTESP003

FORMOSA PLASTICS CORPORATION, TEXAS
PROCEDURE 03
INCIDENT INVESTIGATION

## ATTACHMENT 2
## WITNESS REPORT

Revision Number: 16

Case No.: _____

Corporation or Contractor Employer: _Murquiz Const_ Unit/Department: _VCM 200 Area_
_PV-B08_

Date of Incident: _10.11.20_ Time of Incident: _2:00 pm_

Description of Incident: (Please attach additional sheet, if necessary)

I was working in the 200 area near VCM well at the moment, I was working on the scaffold I was on writing on (H.Trevino) to hand me the material & at that same time I felt the Scaffold Shake that's when I looked down I notice Trevino pulling his foot out of the Steam hole, I got off the Scaffold to help him get up, I called my Supervisor to come back as he was heily leaving the Area that I was working in
Supervisior we're Called

Prepared by: _____ Signature: _Luis A. Rosales_
                    [Print Name]

Job Title: _Insulation /Insulator_ Date: _____

Page ___ of ___

Department: Environmental, Health and Safety
Original Date: October 1, 1993

Effective Date: June 2, 2017
Issue Date: May 10, 2017

Document Code: FTESP003

FORMOSA PLASTICS CORPORATION, TEXAS
PROCEDURE 03
INCIDENT INVESTIGATION

ATTACHMENT 2
WITNESS REPORT

Revision Number: 16

Case No.: _____

Corporation or Contractor Employer: __Marquis__     Unit/Department: __VCU 200 Area__
__Pv-B08__

Date of Incident: __6-11-2020__     Time of Incident: __2:00__

Description of Incident: (Please attach additional sheet, if necessary)

Well Before the accident I went to the Water Station to Drink water by the time I left and got back to my work area Trevino was already Passing material to the men on the Scaffold and while he was Doing that he slipped on to the Pole of hot Boiling Water.

Prepared by: __Axel Gonzalez__ (Print Name)     Signature: __Axel__

Job Title: __Insulator__

Date: __6-11-2020__

Page ___ of ___

Department: Environmental, Health and Safety
Original Date: October 1, 1993

Effective Date: June 2, 2017
Issue Date: May 10, 2017

Document Code: FTESP003



Area where Marquis employee stepped in.



No entrance from the east side.



Scaffolding ladder is placed at a angle due to the limited space. The west side is the only entrance to this area. Steam trap condensate hole is at the other side of ladder.

Steam trap condensate.



Insulating area.

Marquis employee was in the process of handing insulation to employee on scaffolding.

Marquis employee stepped in steam trap condensate hole.
Not sure why he was on the other side of ladder, there is not a east side entrance due to scaffolding at that location.