# FIELD SERVICE CONTRACT

**CONTRACTOR**: MARQUIS INDUSTRIAL SERVICES LLC

**ADDRESS**: P.O. BOX 548, CLUTE, TX 77531

**CONTACT PERSON**: AL OLVERA     TEL: (979) 265-4480 FAX: (979) 265-4481

CONTRACT #: 8S-MARQU
email: aolvera@marquiscsi.com

**STATE OF INCORPORATION**: TX

If a sole proprietor check here _____ If a partnership, list the names and addresses of all partners.

**OWNER(S):**
**Location of Work:**

**Formosa Plastics Corporation, Texas**
**Point Comfort, TX**

This Contract is entered into on __MARCH 1, 2018__ by and between the above named **OWNER** (hereinafter "**OWNER**") and the above named CONTRACTOR (hereinafter "**CONTRACTOR**"). The parties hereto do hereby agree that the **CONTRACTOR** shall perform the "Work" hereinafter defined in accordance with the terms and provisions herein stated, including the General Terms and Conditions incorporated herein and hereby made a part hereof. Any exhibits, Attachments and/or Addenda as shall be annexed hereto are hereby incorporated herein and along with the terms and provisions, inclusive of the aforesaid General Terms and Conditions are hereinafter collectively referred to as the "Contract". All Work, hereinafter defined, is to be performed by **CONTRACTOR** in accordance with the Contract. In the event of a conflict between the General Terms and Conditions of the Contract and the terms and provisions of the Contract, inclusive of any Exhibits, Attachments and/or Addenda incorporated herein, it is understood and agreed that the latter shall govern and prevail.

**1. GENERAL STATEMENT OF SCOPE OF WORK TO BE PERFORMED:**
   The following statement is for general descriptive purpose only:

   **3 YR B/C FOR UNIT RATE INSULATION INSTALLATION SERVICES**

**2. CONTRACT DOCUMENTS:**

   (1) Contract
   (2) General Terms and Conditions
   (3) Exhibits:              _____ thru _____
   (4) Attachments:         ____1____ thru ____56____

**3. ITEMS TO BE FURNISHED BY OWNER:**

**OWNER** shall NOT be responsible to furnish any basic center lines, equipment, tools, supplies, water, gas, electricity, material, and/or other facilities or services etc. except to the extent expressly set forth below:

**4. TIME OF EXPIRATION:** FEBRUARY 28, 2021

B/C#8S-MARQU

**5. PRICE:**      PLEASE SEE ATTACHED

All work performed under this agreement shall require a separately issued purchase order authorization or Contract. This Contract in no way obligates **OWNER** to use services provided by **CONTRACTOR**.

**6. TERMS OF PAYMENT:**    Net 30 Days

**7. INSURANCE AND PERFORMANCE/PAYMENT BOND SECURITY:**

Before any access to the job site is allowed or work is commenced under this Contract, **CONTRACTOR** shall obtain, at its sole cost and expense, the following Insurance with minimum limits of liability as shown below and on a form issued by insurers reasonably satisfactory to the **OWNER**. Such insurance shall be placed in a company or companies having a current Best's General Policyholders Rating of A+ or A and Best's Financial Rating of atleast XII, or their equivalents, and a copy of the Policy or policies of Insurance or Certificates of Insurance shall be delivered to the Board of Commissioners of the Navigation District at:

Calhoun County Navigation District
P.O. Box 397
Point Comfort, Texas 77978

| TYPE OF COVERAGE | LIMITS |
|---|---|
| a) **Worker's Compensation** and Occupational Disease and, if applicable, Longshoreman & Harbor Workers Coverages | $500,000 Each accident<br>$500,000 Disease - Policy Limit<br>$500,000 Disease - Each Employee<br>Sufficient limits to discharge obligations under all applicable state workers' compensation laws and, if applicable, all Longshoremen & Harbor Workers Coverage/Jones Act/Maritime Law coverage as required by statute, if the exposure exists. |
| Employer's Liability | $500,000 |

b) **Comprehensive General Liability** including:

| | | |
|---|---|---|
| [X] $1,000,000 [  ] $ 500,000 | Each Occurrence |
| [X] $2,000,000 [  ] $1,000,000 | General Aggregate |
| [X] $1,000,000 [  ] $ 500,000 | Products/Comp Ops. |
| [X] $1,000,000 [  ] $ 500,000 | Personal/Adv. Injury |

Broad Form Blanket Contractual Liability
Broad Form Property Damage
Personal Injury Liability a,b & c with employee exclusions deleted (or as per ISO 1986 occurrence form)  Also, Contractual and Contractor's Protective Liability, The Hazards of Explosion, Collapse and Underground Damage, Products/Completed Operations, Independent Contractors, Incidental Malpractice.

c) **Comprehensive Automobile** Liability including Owned, Non-Owned and Hired automobile coverage -OR- Any Auto.

| | |
|---|---|
| [X] $1,000,000 [  ] $ 500,000 | BI/Occurrence |
| [X] $1,000,000 [  ] $ 500,000 | PD/Occurrence |

d) **Excess Liability Coverage** Umbrella Form

[  ] Not Required
[  ] $ 1,000,000 required
[X] $ 5,000,000 for project  < $1,000,000
[  ] $10,000,000 for project => $1,000,000 and < $5,000,000
[  ] $25,000,000 for project => $5,000,000

**CERTIFICATE HOLDER:**

The Certificate Holder shall be as follows:

(Respective **OWNER**)
c/o Formosa Plastics Corporation, Texas
Attn: Contracting Department
201 Formosa Drive - P.O. Box 510
Point Comfort, Texas  77978-0510

PC, TX - Rev 1/29/16, Page 2 of 8

B/C#8S-MARQU

All policies shall be endorsed to provide thirty (30) days prior written notice, by Certified Mail, Return Receipt Requested, and to be directed to **OWNER'S** Contracting Department in the event of cancellation or material change to any policy. The insurance program shall be on an occurrence basis without any self-insured retention. The insurance coverages under b), c) and d) shall be endorsed to individually show the **OWNERS** and Employees of each as Additional Insureds per ISO CG 20 10 10 01 and CG 20 37 10 01 or equal and a waiver of subrogation per ISO CG 24 04 or equal for coverage b), with a Cross Liability/Severability of Interests clause on all of the above policies except Worker's Compensation, Longshoreman and Harbor Workers Compensation and Employer's Liability. A Waiver of Subrogation of Rights in favor of **OWNER** shall be obtained from your Workers' Compensation, Longshoreman and Harbor Workers Compensation and Employer's Liability Insurer. In no event will the Additional Insureds be responsible for premium payment, deductible, self-insured's retention or claims reporting provisions. The Waiver of Subrogation shall also be endorsed to individually show the **OWNERS** and Employees of each as well.

The "Other Insurance" clause must be deleted or modified making your insurance primary. Any insurance maintained by **OWNER** shall NOT be subject to any loss or any liability suffered by or caused to be suffered by **CONTRACTOR**, its subcontractor(s), agent(s), worker(s) or others assigned to perform on behalf of **CONTRACTOR**. The **OWNER'S** insurance shall not be contributory to **CONTRACTOR's** insurance nor subject to subrogation in the event of any and all claims issuing from **CONTRACTOR's** duties or assignments.

**CONTRACTOR** shall furnish **OWNER** with the following original documentation:

    (i) duplicate certificates of insurance evidencing the required coverage and cancellation clause endorsement.

    (ii) a copy of the original endorsement naming the following:

**Formosa Plastics Corporation, U.S.A.; Formosa Plastics Corporation, America; Formosa Plastics Corporation, Texas; Nan Ya Plastics Corporation, America; Formosa Utility Venture, Ltd.; Formosa Material Supply Venture Ltd.; Inteplast Corporation; Inteplast Group, Ltd.; AmTopp Corporation; World-Pak Corporation; Integrated Bagging Systems Corporation; Formosa Hydrocarbons Company, Inc.; Neumin Production Company; Neumin Oil And Gas, LLC; FPCC USA, Inc.; Lavaca Pipe Line Company; Nan Ya Plastics Corporation USA; Formosa Plastics Development Corporation; Formosa Plastics Corporation, Nevada; Formosa Transrail Corporation; and Calhoun County Navigation District; and employees of each**

    as additional insured with a waiver of subrogation in respect to Items b), c), and d) on previous page.

    (iii) a copy of the waiver of subrogation of rights from **CONTRACTOR's** Insurer in favor of **OWNER** and all other interested parties as outlined in (ii) above in respect to Item a) on previous page.

All policies are to be endorsed to provide a 30 day notice of cancellation. Any wording that reflects the insurance company or representatives have no obligation or liability for failure to mail such notice is not acceptable.

The amount of insurance contained in aforementioned insurance coverages shall not be construed to be a limitation of liability on the part of **CONTRACTOR** and/or any of **CONTRACTOR's** subcontractors.

**CONTRACTOR** shall require and cause your subcontractor(s), if any, similarly to provide full coverage insurance including, but not limited to, Worker's Compensation insurance, Employer's Liability and Longshoremen and Harbor Workers Compensation and other coverages as required.

If any of **CONTRACTOR'S** insurance policies required under this section are due to expire during the course of the work to be performed hereunder, **CONTRACTOR** shall give **OWNER** evidence of the renewal of such policies (in the same manner as **CONTRACTOR** is required to give evidence of such policies) at least two weeks before such policy is due to expire. **CONTRACTOR** expressly agrees that in the event such evidence is not received, then the **OWNER** shall have the right to terminate this contract and have the work finished by another contractor at **CONTRACTOR'S** cost and expense, and that **CONTRACTOR** will be liable for any damages suffered by **OWNER** by reason of such actions.

**CONTRACTOR** agrees that any work performed by **CONTRACTOR** for **OWNER** both inside and outside the scope of this contract will be covered by **CONTRACTOR'S** insurance coverage and by the Indemnity in the General Terms and Conditions attached hereto.

B/C#8S-MARQU

LIST OF SUBCONTRACTORS:   (To be completed by the CONTRACTOR)

OWNER reserves the right to reject the use of any subcontractor not found acceptable to OWNER.  CONTRACTOR shall replace any such subcontractor at no cost to OWNER.

If required at the discretion of OWNER, CONTRACTOR shall obtain, at its own cost, a Performance/Payment Bond providing guarantee of material and labor payments in the full amount of the Contract Price on the form and underwritten by a Surety reasonably satisfactory to the OWNER.  CONTRACTOR shall furnish OWNER with original and copy of the Bond.  A standby Letter of Credit is an acceptable substitution to the aforementioned bond, subject to the approval of OWNER.

The CONTRACTOR agrees to warrant and guarantee all Work/Material/Equipment finished from the day accepted by OWNER to **Labor Warranty for 90 days/Parts 6 months**

IN WITNESS WHEREOF, the parties hereto have executed this Contract as of the day and year first above written.

| | |
|---|---|
| **CONTRACTOR/ VENDOR** | **AGENT FOR OWNER(S)** |
| MARQUIS INDUSTRIAL SERVICES LLC | FORMOSA PLASTICS CORPORATION, TEXAS |
| Signature | Signature:  Mr. Robert Sun |
| VP of Estimating and Quality | Title:  Director of Contracting |
| Title | |
| 2/26/2018 | 2/27/18 |
| Date | Date: |
| 26-4783515 | |
| Texas State Tax ID# | |

REMIT TO: Marquis Construction Services
          P.O. BOX 840267
          DALLAS, TX 75284-0267
ACH:  Bank of America-Kansas City-MO
      Routing # 081000032
      Account# 003490674421
WIRE: Bank of America -Kansas City-MO
      Routing# 026009593
      Account # 003490674221
      SWIFT: BOFAUS3N

**NOTE:  Correct billing address for Invoices:**
(Respective OWNER)
Attn:  Accounts Payable
P.O  Box 510
Point Comfort, Texas  77978-0510

**Return this 7 page contract document signed in original ink to:**
Formosa Plastics Corporation, Texas
Attn:  Contracting Department
201 Formosa Drive - P.O. Box 700
Point Comfort  Texas  77978-0700

PC, TX - Rev 1/29/16, Page 4 of 8

B C#8S-MARQU

**FOR**
**FIELD SERVICE CONTRACT**

Field Service Contracts shall be subject to the following Terms and Conditions and will pertain to all work performed by **CONTRACTOR**, and shall be interpreted and enforced according to the laws of the State of Texas unless otherwise instructed in writing by **OWNER**.

1) **CONTRACTOR'S** status shall be that of an independent contractor and not as an agent or employee of **OWNER**. No personnel furnished by **CONTRACTOR** shall be deemed, under any circumstances, as employees, agents or servants of **OWNER**.

2) **CONTRACTOR** shall have complete professional, managerial and technical responsibility for the validity, accuracy and reliability of the work performed by **CONTRACTOR** and such work shall conform to all applicable standards, statutes, rules and regulations.

3) **CONTRACTOR** hereby warrants the use or sale of materials and equipment manufactured or delivered hereunder will not infringe claims of any patent (to the extent the design for such materials and equipment is not furnished by **OWNER**); and **CONTRACTOR** agrees to be responsible for and to defend at his sole expense all suits and proceedings against **OWNER** based on any such alleged patent infringement claims and to pay all costs, expenses, judgments and damages including all reasonable attorney's fees which **OWNER** may have to pay or incur by reason of any such suit or proceedings.

   **CONTRACTOR** also guarantees that all materials furnished and all Work performed by **CONTRACTOR** shall be of the best quality of their respective kinds (unless otherwise authorized by **OWNER**), to be free from faulty design (to the extent said design is not specified by **OWNER**), workmanship or materials.

   **CONTRACTOR** agrees that he will, within a reasonable time after written notice thereof, at its own expense and without cost to **OWNER**, repair or replace all materials, equipment or work furnished or performed by **CONTRACTOR** and any damage to other work caused by the repairing of such defects in which failure to conform to the aforesaid guarantee or any other provision of this Contract in any respect is discovered by or communicated to **CONTRACTOR** during the progress of the Work or within the warranty period. **OWNER** may, at its option, make the necessary repairs and charge the cost thereof to **CONTRACTOR**. **CONTRACTOR** hereby separately agrees to inform **OWNER** of the existence of any such defects, whether latent or patent, immediately upon its becoming aware thereof and failure to do so shall constitute a material breach hereunder.

4) **CONTRACTOR** shall replace any worker who is not satisfactory to **OWNER**.

5) No part of this Agreement shall be assigned or sublet without prior written approval of **OWNER** and in no case will assigning or subletting by **CONTRACTOR** relieve him of his liabilities and obligations hereunder or create any contractual relationship between lower-tier **CONTRACTOR** and **OWNER**.

6) **CONTRACTOR** shall immediately pay and discharge, or shall provide security sufficient and satisfactory in itself to pay and discharge, any obligation or alleged obligation he or any of his subcontractors may have, in aid of the enforcement of which a lien or right of any kind is established, or is attempted to be established, upon or against the Work or the real property owned by **OWNER** or any of its related companies whosesoever the same may be situated.

   **OWNER** may, as a condition precedent to any payment hereunder, require **CONTRACTOR** to submit complete waivers and releases of any and all claims of any person, firm or corporation.

B/C#8S-MARQU

## INDEMNITY FOR CONTRACTOR EMPLOYEE CLAIMS

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, INCLUDING BUT NOT LIMITED TO, CHAPTER 151 OF THE TEXAS INSURANCE CODE, CONTRACTOR SHALL INDEMNIFY , PROTECT, DEFEND AND HOLD HARMLESS OWNER AND ITS PARENT, SUBSIDIARY AND/OR AFFILIATED COMPANIES, AND EACH OF THEIR SHAREHOLDERS, PARTNERS, OFFICERS, DIRECTORS, AGENTS, REPRESENTATIVES, EMPLOYEES, JOINT VENTURERS, INVITEES AND LICENSEES, AND ANY PERSONS OR ENTITY ANY OF THEM HAS CONTRACTUALLY AGREED TO INDEMNIFY (COLLECTIVELY, THE "OWNER INDEMNITEES") FOR, FROM, AND AGAINST ALL CLAIMS, LOSSES, EXPENSES, COSTS, DEMANDS, SUITS, CAUSES OF ACTION, JUDGMENTS, AND DAMAGES, INCLUDING WITHOUT LIMITATION, ATTORNEYS' FEES AND EXPENSES, FOR BODILY INJURY OR DEATH OF ANY EMPLOYEE OF CONTRACTOR, ITS AGENTS, REPRESENTATIVES OR SUBCONTRACTORS OF ANY TIER, WHICH ACTUALLY OR ALLEGEDLY ARISES OUT OF OR IS RELATED TO, IN ANY WAY, THIS CONTRACT OR THE WORK TO BE PERFORMED UNDER THIS CONTRACT, INCLUDING BUT NOT LIMITED TO CLAIMS OCCASIONED BY, CONTRIBUTED TO, OR ARISING OUT OF, IN WHOLE OR IN PART, THE NEGLIGENCE, BREACH, VIOLATION OF ANY STATUTE, RULE OR REGULATION, STRICT LIABILITY OR OTHER ACT OR OMISSION OF CONTRACTOR, ITS EMPLOYEES, AGENTS, REPRESENTATIVES OR SUBCONTRACTORS OF ANY TIER, EVEN IF THE BODILY INJURY OR DEATH IS THE SOLE, COMPARATIVE, OR CONCURRENT NEGLIGENCE, FAULT OR STRICT LIABILITY OF ANY OF THE OWNER INDEMNITEES.

## GENERAL INDEMNITY

FOR ALL CLAIMS NOT ADDRESSED IN THE ABOVE SECTION 7.1. INCLUDING, WITHOUT LIMITATION, CLAIMS FOR DAMAGE TO OR LOSS OF USE OF PROPERTY AND CLAIMS FOR BODILY INJURY TO OR DEATH OF ANY PERSON OTHER THAN ANY EMPLOYEES OF CONTRACTOR, ITS AGENTS, REPRESENTATIVES OR SUBCONTRACTORS OF ANY TIER, CONTRACTOR SHALL INDEMNIFY , PROTECT, DEFEND AND HOLD HARMLESS THE OWNER INDEMNITEES FOR, FROM, AGAINST ALL CLAIMS, LOSSES, EXPENSES, COSTS, DEMANDS, SUITS, CAUSES OF ACTION, JUDGMENTS AND DAMAGES, INCLUDING WITHOUT LIMITATION, ATTORNEYS' FEES AND EXPENSES, OF ANY NATURE WHATSOEVER ARISING OUT OF OR RELATED TO THIS CONTRACT OR THE WORK TO BE PERFORMED UNDER THIS CONTRACT, INCLUDING BUT NOT LIMITED TO, CLAIMS OCCASIONED BY, CONTRIBUTED TO, OR ARISING OUT OF, IN WHOLE OR IN PART, THE NEGLIGENCE, BREACH, VIOLATION OF ANY STATUTE, RULE OR REGULATIONS, STRICT LIABILITY OR OTHER ACT OR OMISSION OF CONTRACTOR, ITS EMPLOYEES, AGENTS, REPRESENTATIVES OR SUBCONTRACTORS OF ANY TIER, EXCEPT CONTRACTOR'S OBLIGATIONS UNDER THIS PARAGRAPH SHALL NOT APPLY TO CLAIMS CAUSED BY THE NEGLIGENCE, FAULT, VIOLATION OF A STATUTE, ORDINANCE, GOVERNMENTAL REGULATION, STANDARD OF RULE, OR THE BREACH OF CONTRACT BY THE OWNER INDEMNITEES, THEIR AGENTS, EMPLOYEES, OR ANY THIRD PARTY UNDER THE CONTROL OR SUPERVISION OF THE OWNER INDEMNITEES (OTHER THAN CONTRACTOR AND  ITS AGENTS, EMPLOYEES OR SUBCONTRACTORS OF ANY TIER).

Contractor is responsible for collecting and returning to OWNER any and all badges, passes, vehicle passes and similar permissions of CONTRACTOR'S employees upon the completion of CONTRACTOR'S work. In the event that any such permission is not so collected and returned, the CONTRACTOR agrees to accept a $50.00 charge for each permission not returned, and as to any individual that is on the OWNER'S premises by reason of the possession of such permission, the CONTRACTOR agrees that the Indemnity contained is this contract shall be extended to OWNER in the event of any damages being incurred by OWNER for any reason related to the entrance of such individual onto OWNER'S premises, including but not limited to damages resulting from the injury or death of such individual or others, regardless of the completion of the CONTRACTOR'S work or the employment status of the individual involved.

B.C#8S-MARQU

8)     **CONTRACTOR** assumes full responsibility for the storage and security of all **CONTRACTOR'S** supplies and materials.

9)     **CONTRACTOR** shall comply with all of the regulations as directives of **OWNERS** representatives with respect to safety, security, parking areas, sanitation, and other provisions for maintenance of good order and coordination of the activities on **OWNER'S** premises.   Prohibited drugs, drug paraphernalia, alcoholic beverages, firearms, explosives or weapons shall not be allowed in any office, work location, vehicle or vessel, or facility of **OWNER.** **CONTRACTOR** shall take all necessary precautions and actions, including but not limited to pre-employment drug testing and legal drug testing, to ensure that none of **CONTRACTOR'S** employees work under the influence of substances on **OWNER'S** premises.  **OWNER** may request **CONTRACTOR** to provide to **OWNER** Contractor's employees' most recent drug test results before issuing gate passes/badges for entering **OWNER'S** job site. **CONTRACTOR** assumes sole responsibility for any property damage and/or personal injuries resulting from **CONTRACTOR's** employees' conduct while under the influence of drug or alcohol.  As a safety precaution, entry into or upon any office or work location of **OWNER** is conditioned upon the **OWNER'S** right to search the person and personal effects of any entrant for prohibited drugs, drug paraphernalia, alcoholic beverages, firearms, explosives or weapons.   Searches shall be made by authorized personnel from time to time without prior announcement.  **CONTRACTOR** shall comply with all safety standards, rules and regulations relating to safety, cleanliness and sanitation established by **OWNER.**   All vehicles entering **OWNER'S** properties shall be considered owned, rented or leased by **CONTRACTOR.**   No personal vehicles will be allowed on **OWNER'S** properties.  **CONTRACTOR** shall immediately stop work and take corrective action when directed by **OWNER** because of any unsafe condition or practice.

10)     **CONTRACTOR** shall be responsible for the safety of its workmen and the SUBLET WORK and shall not create hazards for others of the work of others.  **CONTRACTOR** shall provide first aid and ambulance facilities for its workmen to the extent required by law.  In case of emergency, **OWNER** may direct **CONTRACTOR'S** personnel and resources for the protection of life and property.

11)     As both complimentary and supplementary to the provisions of Article 10 hereof, supra, **CONTRACTOR** warrants that the Work under the Contract complies with and conforms in all respects to the mandates of the Occupational Safety and Health Act and all applicable Regulations, Rulings, Orders and Standards promulgated thereunder and agrees to hold **OWNER** harmless from any and all liabilities, claims, civil fines and penalties, including reasonable costs, settlements, and attorney's fees, which may arise out of the Work which does not meet these requirements.

12)     Discharge of pollutants, oils, greases and any toxic material to the earth, premises, ditches or systems is prohibited. Any such action will require, at **CONTRACTORS** expense, cleaning and disposal in accordance with all State, Federal, and **OWNER's** site specific regulations.  **CONTRACTOR** shall be responsible to notify all appropriate State and Federal agencies within the time frames specified by law, **CONTRACTOR** shall also notify **OWNER** immediately of any discharge.

Notwithstanding anything contained herein to the contrary, **CONTRACTOR** shall observe and be subject to, at **CONTRACTORS** sole cost and expense, all State, Federal and Local environmental laws, rules and regulations.

13)     **CONTRACTOR** is responsible to protect, for a period of no less than ten(10) years from the time of completion of any Work performed under this contract, any confidential **OWNER** information which it may be entrusted with or come to discover in the execution of its Work.  Furthermore, it is the **CONTRACTOR'S** responsibility to treat all information supplied directly by **OWNER** or agents of **OWNER** and/or encountered on the job as confidential until notified otherwise or for the aforesaid period of ten(10) years, whichever first occurs.  Failure to meet the above shall constitute a material breach hereunder and may result in revocation of contract, or a suit for restitution or damages, or both.

B/C#8S-MARQU

14) This contract shall be construed and governed by laws of the State of Texas. **CONTRACTOR** shall comply with all laws, statutes, ordinances, rules and regulations of any governmental entity, having jurisdiction, and **CONTRACTOR** shall indemnify and hold harmless the **OWNER** from any fines, penalties, costs or liability arising from **CONTRACTOR'S** failure to comply therewith.

15) CONTRACTOR shall maintain a current license and/or certification for any service that requires such license and/or certification. Copies of CONTRACTOR'S current licenses and/or certifications shall be made available at the request of OWNER.

16) In the event of a conflict between the General Terms and Conditions of this Contract and any subsequent purchase order authorization or Contract, it is understood and agreed that the latter shall govern and prevail.

17) Any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by a mutually agreed upon single commercial arbitrator (unless one party hereto requests a panel of three commercial arbitrators) in accordance with the latest Rules of the American Arbitration Association, in the state where the work in question was performed, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The arbitrator(s) shall provide the parties with a written explanation of the reasoning behind the decision and award. If a sole arbitrator is utilized, he shall be unbiased and shall not have worked as an employee or arbitrator for either party. If three arbitrators are utilized, each shall meet the same criteria. All arbitrators shall be chosen in accordance with the latest Rules of the Association. Such arbitration shall be instituted in accordance with such Rules, and notice of such arbitration shall be sent to the Contractor at the address on page 1 of the contract, and to **OWNER** at:

**9 Peach Tree Hill Road**
**Livingston, New Jersey 07939**
**Attention: Legal Department**

Both parties hereto expressly intend, agree and acknowledge that they both knowingly, unequivocally and absolutely waive any and all right to bring any demand, claim or action against the other for exemplary, treble or punitive damages in any forum, under any theory of recovery, at any time.

B/C#8S-MARQU