**DUNN, COFFEY & KASPERITIS, P.C.**
EST. 1988
ATTORNEYS AT LAW
611 SOUTH UPPER BROADWAY
CORPUS CHRISTI, TEXAS 78401

DAVID J. DUNN
LAWRENCE COFFEY (1958-2018)
PATRICK R. KASPERITIS

POLLY DUNN
PRISCILLA Y. CHAPA

TEL (361) 883-1594
FAX (888) 707-7072

April 15, 2021

Honorable Drew B. Tipton
United States District Court
Southern District of Texas
Victoria Division
312 S. Main, Room 406
Victoria, Texas 77901

RE: Civil Action No. 6:20-cv-64, *Hector Trevino and Mariana Trevino vs. Formosa Plastics Corporation, Texas;* In the United States District Court, Southern District of Texas, Victoria Division

Dear Judge Tipton:

I am pleased to report to the Court that the above-referenced matter settled at mediation on April 14, 2021.

Yours truly,

David J. Dunn

DJD/mrp
#64.1427

cc: *eService Recipients*