IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HECTOR TREVINO AND MARIANA TREVINO | § § § | |
| V. | § | CIVIL ACTION NO. 6:20-CV-00064 |
| | § § | |
| FORMOSA PLASTICS CORPORATION, TEXAS | § § | JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COME NOW Plaintiffs HECTOR TREVINO and MARIANA TREVINO and Defendant FORMOSA PLASTICS CORPORATION, TEXAS and file their Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would respectfully show the following:

1. On October 12, 2020, Plaintiffs filed their Original Complaint against Defendant.

2. On November 6, 2020, Defendant answered and filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction.

3. On April 14, 2021, Plaintiffs and Defendant participated in mediation and reached a mediated settlement agreement.

4. Pursuant to the settlement terms, Plaintiffs and Defendant hereby jointly move to dismiss the above cause of action with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Respectfully submitted,

LAW OFFICE OF
FRANCISCO J. RODRIGUEZ
1111 West Nolana, Suite A
McAllen, Texas 78504
Telephone: (956) 687-4363
Telecopier: (956) 687-6415

By: /s/ Francisco Javier Rodriguez
FRANCISCO J. RODRIGUEZ
State Bar No. 17145800
frankr@mcallenlawfirm.com
DANIELLE C. RODRIGUEZ
State Bar No. 24075952
danielle@mcallenlawfirm.com
JARED A. CLARK
State Bar No. 24101626
jared.clark@mcallenlawfirm.com

ATTORNEYS FOR PLAINTIFF

AGREED:

BY: ______________________
PATRICK CULLEN
Federal Bar No. 583410
State Bar No. 05208800
BRENDAN HOLM
Federal Bar No. 2988302
State Bar No. 24087737
**CULLEN, CARSNER, SEERDEN & CULLEN, L.L.P.**
119 South Main Street (77901)
Post Office Box 2938
Victoria, Texas 77902
Telephone No.: (361) 573-6318
Telecopier No.: (361) 573-2603
E-mail: pcullen@cullenlawfirm.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with opposing counsel regarding the filing of the above motion on the 6th day of May 2021, and that opposing counsel agreed to the filing of the motion.

Francisco J. Rodriguez